IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN VOLK | : | CIVIL ACTION |
| v. | : | |
| THE SCHOOL DISTRICT OF PHILADELPHIA | : | NO. 12-1432 |

# ORDER

**AND NOW**, this 19th day of February, 2013, upon consideration of the Defendant's Motion for Summary Judgment (Document No. 18), the plaintiff's response, the defendant's reply, and after oral argument, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** as follows:

1. To the extent the motion seeks summary judgment with respect to plaintiff's claim for retaliation, it is **DENIED**;

2. The motion is **GRANTED** as to all remaining claims; and,

3. Judgment will be entered at the conclusion of trial.

/s/Timothy J. Savage
TIMOTHY J. SAVAGE, J.